**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Beau Goins,

Plaintiff,

v.

ND Asset Recovery LLC, et al.,

Defendants.

No. CV-26-00226-PHX-SHD

**ORDER**

Plaintiff Beau Goins applied for entry of default against Defendants ND Asset Recovery LLC, Christopher D. Anderson, and Jane Doe Anderson, (collectively, "Defendants"). (Doc. 11.) On May 4, 2026, the Clerk of Court entered default against the Defendants pursuant to Fed. R. Civ. P. 55(a). (Doc. 12.) Plaintiff now moves for default judgment. (Doc. 14.) Having examined the pleadings and the record, and considered the seven factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986), and for good cause appearing, the Court finds that the Plaintiff's request is well-founded and should be granted as to Defendants ND Asset Recovery LLC and Christopher D. Anderson. The Court declines, however, to enter default judgment against Defendant Jane Doe Anderson. *See Frey v. Allstate Law Firm PC*, 2023 WL 5590319, at *1 n.1 (D. Ariz. Aug. 29, 2023) ("Default judgments cannot be entered against unnamed or fictitious parties because they have not been properly served.").

**IT IS THEREFORE ORDERED** granting Plaintiff's motion for default judgment against Defendants N.D. Asset Recovery LLC and Christopher D. Anderson, (Doc. 14).

**IT IS FURTHER ORDERED** denying Plaintiff's motion for default judgment as to Jane Doe Anderson.

**IT IS FURTHER ORDERED** that Plaintiff is awarded judgment against the Defendants ND Asset Recovery LLC, and Christopher D. Anderson as follows:

A. For trebled award of Plaintiff's unpaid wages of $3,500 in the amount of $10,500 for which Defendant ND Asset Recovery LLC shall be liable;

B. Of that $10,500, for ND Asset Recovery LLC and Christopher D. Anderson, to be jointly and severally liable for $5,733 in unpaid, trebled minimum wages;

C. For post-judgment interest at the rate prescribed by 28 U.S.C. § 1961, accruing from the date of entry of judgment until paid;

D. For Plaintiff's attorneys' fees and costs, a motion will be filed pursuant to LRCiv 54.2.

**IT IS FINALLY ORDERED** directing the Clerk of Court to enter judgment accordingly and close this case.

Dated this 1st day of October, 2026.

Honorable Sharad H. Desai
United States District Judge